## COIT v. BULL.

A transfer of a note by the promisee, after the promisor is legally served with a process, in nature of a foreign attachment, is void in law, as it respects the garnishee.

THIS was a *scire facias*, against garnishee.    The plaintiff brought his original action against Morse, by foreign attachment; which, on the 27th day of September, 1784, was regularly served upon Bull (the garnishee) by copy, he being indebted to Morse by promissory note.— Judgment was obtained by the plaintiff against Morse, execution issued, and *non est inventus* returned.

And now, to the *scire facias* Bull pleaded — That on the 7th day of December, 1784, Morse, being in possession of said note, did, by a proper writing, indorsed on the back thereof, make over and assign the same, and the money due thereon, for a valuable consideration, to Messrs. Morris & Lawrence, merchants, in New York; whereby the property of said note was legally transferred to said Moris & Lawrence, and they only became entitled to receive and recover the same of him.

On demurrer, this plea was adjudged insufficient:    And,

By the whole COURT.    In this case it appears, that the service of the foreign attachment on the defendant, was prior to the assignment of the note to Morris & Lawrence; and after service, the original promisee could have no right to receive or dispose of the debt contained in the note, without first satisfying the plaintiff's demand.

It was further objected by the plaintiff, that notes are not by law transferable in this state; but it is not necessary, in this case, to give an opinion on that point.